# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 17, 2020

By ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Miguel Padilla**
             **18 Cr. 331 (PAE)**

Dear Judge Engelmayer:

     I hope this letter finds the Court safe and healthy during these turbulent times. I represent Miguel Padilla in this matter, who is scheduled to be sentenced on September 22, 2020. Bail in this matter was set on May 17, 2018 (Moses, MJ)(See Bail Disposition Sheet, Doc.#29). As a condition of his bail, Mr. Padilla's travel is restricted to the Southern and Eastern Districts of New York.[1] I write now seeking permission for Mr. Padilla to travel to Puerto Rico with his elderly mother to visit family from June 22, 2020 to July 15, 2020.[2]

     Pretrial Services, through PSO Mohammed Ahmed, and the Government, through AUSA Michael Krouse, *consent* to this request and require that if approved, Mr. Padilla comply with all CDC safety guidelines, which includes wearing a mask, washing his hands, and practicing social distancing whenever practicable.

     Thank you.

                                            Respectfully,

                                            /s/ *Matthew J. Kluger*
                                            Matthew J. Kluger

cc:    AUSA Michael K. Krouse
        PSO Mohammed Ahmed

---

[1] Mr. Padilla's bail was later modified to allow him to travel to the District of New Jersey in order to care for his elderly father, who lives alone in Clifton.
[2] Should the Court grant this request, Mr. Padilla will provide additional address and contact information to Officer Ahmed.

**GRANTED.** Mr. Padilla shall provide the Pretrial Services Department with a detailed itinerary for this trip. Mr. Padilla must contact the Pretrial Services Department within 24 hours of his return to the district of residence. The Clerk of Court is requested to terminate the motion at Dkt. No. 120.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge