# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 8, 2020

By ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Miguel Padilla
            18 Cr. 331 (PAE)

Dear Judge Engelmayer:

    I represent Mr. Padilla in this matter. Mr. Padilla has pled guilty and is due to be sentenced on September 22, 2020 at 10:00 a.m. Due to the current Covid-19 pandemic, the defense respectfully requests that sentencing in this matter be adjourned to November 2020. Mr. Padilla is in a wheelchair and has serious medical issues, which makes in-court appearance particularly risky for him. Moreover, I have had limited access to my office, which is hampering my ability to properly prepare for sentencing.

    AUSA Michael Krouse, *consents* to this request on behalf of the Government.

    Thank you.

                             Respectfully,

                             /s/ *Matthew J. Kluger*
                             Matthew J. Kluger

cc:    AUSA Michael K. Krouse
        PSO Mohammed Ahmed

**GRANTED.** Sentencing is adjourned to December 14, 2020 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 123.      9/9/2020
  SO ORDERED.

                         *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge