# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 20, 2020

By ECF
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Miguel Padilla**
              **18 Cr. 331 (PAE)**

Dear Judge Engelmayer:

    I represent Mr. Padilla in this matter. Mr. Padilla has pled guilty and is scheduled to be sentenced on December 14, 2020 at 10:30 a.m. Due to the current Covid-19 pandemic, the defense respectfully requests that sentencing in this matter be adjourned to mid-to-late January 2021. Mr. Padilla is wheelchair-bound and has several other serious medical issues, which make in-court appearance particularly risky for him. Moreover, I have had limited access to my office and a full schedule, which is hampering my ability to properly prepare for sentencing. I apologize for the delay.

    AUSA Michael Krouse, *consents* to this request on behalf of the Government.

    Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger

cc:    AUSA Michael K. Krouse
         PSO Mohammed Ahmed

**GRANTED.** Sentencing is adjourned to January 26, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 128.

SO ORDERED.                    11/23/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge